United States District Court
Southern District of Texas
**ENTERED**
October 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NADIA MACKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>MICHAEL ANDREWS & ASSOCIATES, LLC, AUTOVEST, LLC, and JOHN DOES -25<br><br>Defendant(s) | Civil Case No. 4:17-cv-02080 |

### ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 28, 2017 Stipulation of Dismissal, the individual claims asserted by Plaintiff in Civil Action No. 4:17-cv-02080, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 4th day of October, 2017.

Vanessa D. Gilmore
United States District Judge